UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOMRET PHOUNG, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WINCO HOLDINGS, INC., an Idaho Corporation; and DOES 1-50, inclusive<br><br>Defendants. | Case No. 2:21-cv-02033-MCE-JDP<br><br>**ORDER GRANTING JOINT REQUEST TO EXTEND TIME TO CONDUCT RULE 26(F) CONFERENCE** |

**ORDER**

Having reviewed the Parties Stipulation to Extend Time to Conduct the Rule 26(f) conference, and good cause showing, the Court hereby grants the Parties' stipulated request to continue the deadline to conduct the Rule 26(f) conference.

**IT IS HEREBY ORDERED:**

1. The current deadline for the Parties to conduct their Rule 26(f) conference is extended to 45 days after the last answer may be filed with the Court.

**IT IS SO ORDERED.**

Dated: January 6, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE