KOUL LAW FIRM
Nazo Koulloukian (SBN 263809)
nazo@koullaw.com
3435 Wilshire Blvd., Suite 1710
Los Angeles, CA 90010
Telephone: (213) 761-5484
Facsimile: (818) 561-3938

LAW OFFICES OF SAHAG MAJARIAN II
Sahag Majarian, II (SBN 146621)
sahagii@aol.com
18250 Ventura Blvd.
Tarzana, CA 91356
Telephone: (818) 609-0807
Facsimile: (818) 609-0892

Attorneys for Plaintiff
SOMRET PHOUNG, all aggrieved employees, and
the State of California as a Private Attorneys
General

*Attorneys for Defendant's On Next Page*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOMRET PHOUNG, an individual, on behalf of themself and all others similarly situated, | Case No. 2:21-cv-02033-TLN-DB |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| v. | |
| WINCO HOLDINGS, INC., and DOES 1-50, inclusive, | |
| Defendants. | |

STIPULATION AND ORDER FOR DISMISSAL

SEYFARTH SHAW LLP
Kristina M. Launey (SBN 221335)
klauney@seyfarth.com
Michael W. Kopp (SBN 206385)
mkopp@seyfarth.com
Phillip J. Ebsworth (SBN 311026)
pebsworth@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
WINCO HOLDINGS, INC.

STIPULATION AND ORDER FOR DISMISSAL

Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff Somret Phoung ("Plaintiff") and Defendant WinCo Holdings, Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate to the dismissal of this action (1) with prejudice as to Plaintiff's individual claims and (2) without prejudice as to the claims brought on a class, collective, and representative basis. Each side it to bear its own fees and costs.

## **RECITALS**

1.      On September 24, 2021, Plaintiff filed a class action Complaint in Sacramento County Superior Court in the State of California. On November 3, 2021, Defendant removed the class action to this Court. (Dkt. 1.)

2.      On October 28, 2022, the Court stayed this action pending the resolution of the related cases *Castano v, WinCo Holdings, Inc.*, Case No. 2:20-cv-01656-TLN-JDP and *Putman v. WinCo Holdings, Inc.*, Case No. 2:21-cv-01760-TLN-JDP. (Dkt. 29.)

3.      On May 14, 2024, the Parties reached an agreement to settle the matter. Specifically, that Plaintiff would dismiss his individual claims with prejudice and that any remaining class, collective, and/or representative action claims would be dismissed without prejudice.

4.      No motion for class certification has been filed or ruled upon by the Court. Plaintiff is also not aware of any putative class member having acted or refrained from acting based upon the existence of this case.

5.      Plaintiff received consideration in exchange for dismissal of his individual claims. This consideration was received in conjunction with a settlement agreement, a material term of which was that the terms of the agreement and consideration paid is to be kept confidential.; and

6.      No consideration, direct or indirect, is being given to Plaintiff or his counsel for dismissing the remaining class, collective, and representative action allegations.

For the reasons set forth above, the Parties respectfully stipulate and request that this action be dismissed as set forth above.

1 **IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

2

3   DATED: June 20, 2024               KOUL LAW FIRM

4

5                          By: */s/ Nazo Koulloukian* (as authorized on 6/20/24)
                                   Nazo Koulloukian

6

7                          Attorneys for Plaintiff
                         SOMRET PHOUNG

8

9   DATED: June 20, 2024               SEYFARTH SHAW LLP

10

11                        By:  */s/ Phillip J. Ebsworth*
                               Kristina M. Launey

12                                Michael W. Kopp
                               Phillip J. Ebsworth

13                        Attorneys for Defendant
                       WINCO HOLDINGS, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER FOR DISMISSAL

**<u>ORDER</u>**

Having considered the stipulation between the Parties, and for good cause appearing, the Court

hereby ORDERS that this action be dismissed as follows:

1.    Plaintiff's individual claims are dismissed with prejudice;

2.    The class, collective, and representative claims are dismissed without prejudice; and

4.    Each party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: June 21, 2024

Troy L. Nunley
United States District Judge

STIPULATION AND ORDER FOR DISMISSAL

5